IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

<table>
<tr><td>

**ARDRA HARRIS,**

      **Plaintiff,**

   **v.**

**AMERICANWORK, LLC formerly
known as Americanwork, Inc.,**

     **Defendant.**

</td><td>

Civil Action No. 1:20-cv-94 (WLS)

</td></tr>
</table>

### Declaration of Charles R. Bridgers

Pursuant to 28 U.S.C. §1746 and in accordance with the Court's Order dated January 5, 2021 [Dkt. 15] Charles R. Bridgers hereby submits his declaration in further support of the Parties Joint Motion for Approval Settlement.

1.    My name is Charles R Bridgers. I am over the age of twenty-one (21) and suffer from no legal disabilities. I make the following Declaration based on my personal knowledge as well as the contemporaneous business records of my firm.

2.    I have been practicing law since my graduation, *cum laude*, from Georgia State College of Law in 1993. I am admitted in all state courts in Georgia, the United States District Court for the Northern and Middle Districts of Georgia, as well as the United States Court of Appeals for the Third, Sixth, and Eleventh Circuits. I have practiced employment law since approximately 1996 primarily in the Atlanta metropolitan area but also throughout the state

of Georgia. I have been a presenter at several CLE sessions including, most recently, in December of 2019 where I spoke on a wage and hour update panel at the Labor & Employment Law Institute (State Bar) and in September of 2016 where I presented a paper on Certification and Decertification of § 216(b) Collective Actions under the Fair Labor Standards Act. My practice began to focus on the Fair Labor Standards Act in 2009. I have served as counsel in approximately 340 FLSA cases since that time. I hold an AV rating in the Martindale-Hubble Law Directory and have recently been selected in the Super Lawyers program.

3.      During my career, I have on several occasions represented employees in collective actions under the FLSA. In 2014, I represented 36 warehouse workers who alleged they were misclassified as independent contractors in *Jamaal Foster, et al. v. A-1 Quality Labor Services, LLC,* 1:11-CV-3342-JEC. That case resulted in a settlement of $400,000. In 2013 and 2014 I represented 13 Fire Lieutenants and 2 Battalion Chiefs against the City of East Point who alleged that they were misclassified as exempt. That settlement resulted in significant back pay and an agreement to reclassify the Lieutenants and Battalion Chiefs as non-exempt. *Brandon Ervin, et al. v. City of East Point, Georgia,* 1:12-CV-04270-CAP.

4.      During my twenty-five plus years as an attorney, I have conducted approximately eighteen jury trials as well as a number of bench trials. In August 2013, for instance, a jury awarded our five clients contractually owed severance pay and attorneys' fees and costs of approximately $500,000

in *Dr. Johnny Wilson, et al. v. Clark Atlanta University, Inc.,* Superior Court of Fulton County, Georgia, Civil File Action No. 2011-CV-196090. Other recent jury trials involving employment matters where I served as counsel include *Baker v. Baldwin Paving Company, Inc*.; 1:14-cv-03367-LMM (FLSA); *Nelson v. Jackson*; 1:14-cv-02851-ELR (ADA); *Sayyed v. Braids, Weaves & Things, Inc*.; 1:16-cv-01392-CAP (Title VII); and *Jackson v. P & K Restaurant Enterprise, LLC, et al*; 1:15-cv-00753-MHC (FLSA).

5.   Since April of 2020, along with the law firm of DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC, I have represented the Plaintiff in this action. I shared primary responsibility for prosecuting this matter with my law partner Mitchell D. Benjamin and our Senior Associate Matthew W. Herrington.

6.   Our firm has a practice of keeping contemporaneous time and expense records as part of our regular business activity. Individual slips (or records of activities and costs) are created by persons with knowledge of the activities described. The information is tracked in Timeslips, our time and billing software. I assign certain tasks to other attorneys and to our staff members. As such, I am generally aware of these timekeepers' activities. As part of my typical routine, I review time and billing records on a regular basis. A true and correct copy of the firms billing records for fees is attached hereto as Attachment A. A true and correct copy of the firm's billing records for costs is attached hereto as Attachment B. These records are an accurate

representation of the time, effort, and costs incurred in prosecuting this matter.

7.    In total, the firm has incurred $13,553.27 in billable attorney fees (per Attachment A) and $485.00 in expenses (per Attachment B) in prosecuting this action, for a total of $14,038.27.

8.    The following persons recorded billed time in this matter (per Attachment C):

| Time Keeper | Position | Billable Rate | Total Billed |
|---|---|---|---|
| Charles R. Bridgers | Partner | $425 | $3,570.71 |
| Mitchell D. Benjamin | Partner | $425 | $3,690.39 |
| Matthew W. Herrington | Senior Associate | $350 | $1,400.00 |
| Jessica Sorrenti | Senior Paralegal | $165 | $4,336.75 |
| Sarah Toenes | Paralegal | $125 | $275 |

9.    Based on my extensive experience in litigating civil rights and labor and employment claims including the FLSA, I am familiar with the hourly rates charged by other civil rights and labor and employment attorneys (and their staffs), including attorneys who represent primarily plaintiffs and attorneys who represent primarily employers.

10.   Consistent with the "lodestar" framework for analyzing attorney's fees claims mandated in *Hensley v. Eckerhart,* 461 U.S. 424, 103 S.Ct 1933, 76 L.Ed.2d 40 (1983), as interpreted in *Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988) and *Perkins v. Mobile Housing Bd.,* 847 F.2d 735 (11th Cir. 1988), the following information is

intended to establish the reasonableness of the number of hours expended in this case, as well as the reasonableness of my hourly rate in light of the prevailing market conditions in the Atlanta, Georgia geographical area.

11. My hourly rate of $425 per hour is reasonable and in line with the rates charged by other attorneys in the Atlanta area who possess similar skill, experience and training. I now charge most of my new clients $425 per hour whether paid hourly or on a contingency fee basis and have done so since January of 2018. This rate was specifically approved in *Villa-Garcia v. Latin Mundo #2, Inc. et al.*, Civil Action No. 1:17-cv-1834-TWT, Dkt. 23 (N.D. Ga. Feb. 21, 2018) (approving $425 for all partners, $325 for associate Matthew Herrington, $165 for senior paralegal Jessica Sorrenti, and $125 for paralegal Sarah Toenes) and has been implicitly approved in numerous FLSA settlements as part of a settlement approval since that time. Accord, e.g., *Smith, et.al. v. Childfirst 24 Hour Childcare, et.al*., 1:18-cv-03786-WMR, NDGa, Dkt. 56: "the attorney's fees . . . are reasonable and customary;" *Haddock v. Jasper County, Georgia*, 5:18-cv-00292-MTT (MDGa, Dkt. 14)("[T]he attorneys' fees including the rates charged by counsel . . . are reasonable.")(See Id, Dkt. 13-1 for declaration providing information on identical rates for partners and paralegals in our firm); *Willis v. Nishi Dreams*, et.al. 1:19-CV-00986-AT (NDGa, Dkt. 17)(identical rates for attorneys and staff are "reasonable and customary").*Cooper, et.al., v. Parker Promotions, Inc*, Middle District of Georgia, 4:17-cv-00116-CDL, Dkt. 65 ("the attorneys' fees . . .") *Gertman v. City of Atlanta*, Civil Action

No. 1:17-cv-04960-MLB, Dkt. 82 (N.D. Ga. Sept. 25, 2020) (approving partner rates of $425 for Bridgers, Fitzpatrick, and Benjamin as well as $165 for Sorrenti and $125 for Toenes stating, "The Court finds the hourly rates requested are reasonable . . ."); *Kelly v. BNFocus 3D Trucking, LLC et al*., 1:20-cv-02781-WMR, Dkt. 19 (N.D. Ga. Oct. 15, 2020) (identical rates for Bridgers, Herrington, Toenes rates are "reasonable").

12. Mr. Benjamin, a partner in the firm, represented the Plaintiff. He graduated from the State University of New York at Stony Brook in 1989, where he was a member of *Pi Sigma Alpha,* the National Political Science Honor Society. Thereafter, he attended Yeshiva University's Benjamin N. Cardozo School of Law in New York City, graduating *Cum Laude* in 1993. He has been a member in good standing of the New York State bar since February, 1994 and the Georgia State bar since December, 1996. He has held an AV rating from Martindale-Hubbell since 2006 and has recently been ranked in Superlawyers. He has practiced labor and civil rights litigation since 1993 first in New York and then, from June of 1997 until December of 2000, as an associate attorney at Kirwan, Parks, Chesin & Miller, P.C. and successor firms. From December, 2000 through December, 2008, he was managing partner of the law firm of Johnson & Benjamin LLP and then Billips & Benjamin, LLP in which the focus of his practice was also labor and employment litigation. In June, 2015, he joined the firm of DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin LLC as a partner. During his career, he has participated in hundreds of federal employment/labor charges

and cases and have been lead counsel in a large number of cases including participation in multiple civil trial jury verdicts and collective actions under the FLSA. Mr. Benjamin's rate of $425 is also reasonable. See listing of fee approvals above.

13. Matthew Herrington, our senior associate, assisted in this matter. Mr. Herrington has been practicing law since his graduation, *cum laude*, from the University of Georgia School of Law in 2013. He is admitted in all state courts in Georgia, the United States District Court for the Northern, Middle, and Southern Districts of Georgia, as well as the United States Court of Appeals for the Eleventh Circuit. He has practiced employment law— primarily Fair Labor Standards Act litigation— since approximately October 2013, primarily in the Atlanta metropolitan area but also throughout the state of Georgia. He has been an invited presenter at a CLE session organized by the Georgia chapter of the National Employment Lawyers Association. Mr. Herrington has served as counsel in over 100 FLSA cases, including several collective actions. He has acted as lead counsel on two jury trials and one bench trial. In May 2018, for instance, a jury awarded my five clients overtime wages, liquidated damages and attorneys' fees and costs of approximately $814,000 in *Casey et al. v. 1400 Northside Drive, Inc.,* Civil Action No. 1:16-cv-4517-SCJ (N.D. Ga.). Other representative employment matters where he served as lead counsel include *Dean v. 1715 Northside Drive, Inc. et al.*, 1:14–cv–3775–CAP (N.D. Ga.); *Martin v. Jobo's, Inc. et al.*, 1:13-cv-4242-RWS (N.D. Ga.); and *Fowler et al. v. OSP Prevention*

*Group et al.*, 1:17-cv-3911 (N.D. Ga.). Additionally, Mr. Herrington has twice presented oral argument before the Eleventh Circuit Court of Appeals on two occasions in FLSA matters. Mr. Herrington's rate of $350 is reasonable in the Atlanta market. See listing of fee approvals above.

14.    In representing the Plaintiff, we utilized the services of Ms. Jessica Sorrenti, senior paralegal. I am familiar with her backgrounds and skills. Ms. Sorrenti has worked as a paralegal for approximately twenty (20) years and with our firm for over nine years. She is fluent in Spanish and English. As the primary responsible attorney in our firm for this case, I have directed and supervised her efforts in this matter. Ms. Sorrenti's rate of $165 is reasonable for a person of her experience in Atlanta, Georgia. See fee approval listing above. Also See *Villa-Garcia v. Latin Mundo #2, Inc. et al.*, Civil Action No. 1:17-cv-1834-TWT, Dkt. 23 (N.D. Ga. Feb. 21, 2018)(approving her rate at $125 per hour); *Willis v. Nishi Dreams*, et.al. 1:19-CV-00986-AT, Dkt. 17 (N.D. Ga.) (identical rates for attorneys and staff are "reasonable and customary") (as part of FLSA approval motion)

15.    Ms. Sarah Toenes, paralegal, also assisted in our representation. I am familiar with her backgrounds and skills. Ms. Toenes has worked as a paralegal for approximately ten years. As the primary responsible attorney in our firm for this case, I have directed and supervised her efforts in this matter. Ms. Toenes' rate of $125 is reasonable for a person of her experience in Atlanta, Georgia. *See Villa-Garcia v. Latin Mundo #2, Inc. et al.*, Civil Action No. 1:17-cv-1834-TWT, Dkt. 23 (N.D. Ga. Feb. 21, 2018)

(approving her rate at $125 per hour); *Willis v. Nishi Dreams*, et.al. 1:19-CV-00986-AT, Dkt. 17 (N.D. Ga.) (identical rates for attorneys and staff are "reasonable and customary") (as part of FLSA approval motion).

16. I organized time billed (not expenses) into broad categories that reflect the phase of the litigation for both management, client budget, and fee application purposes. I have prepared a summary of those categories using the records of our firm. See Attachment D. (The substance of Attachment D's billing records is the same as Attachment A except Attachment D is organized by category). The categorization is accurate for providing an overview of the effort incurred during each phase of the litigation given the limitation that it is sometimes difficult to categorize an individual entry with 100 percent certainty.

17. In further explanation of Attachment D, the following chart provides a description of the phases of litigation and how they are categorized along with a total amount of fees incurred per category (not expenses) incurred.

| Phase of Litigation | Description | Amount and Percentage Billed Per Phase |
|---|---|---|
| 01-Intake | Initial meetings with clients; initial development of factual narrative, advice about the process of litigation, decision to proceed, extensive pre-litigation settlement negotiations, and explanation of DCBFB Client | $1,285.58<br><br>9.69% |

| | | |
|---|---|---|
| | instructions and Retainer Agreement | |
| 02-Complaint_ COIP_Service | Initial factual investigation; draft and revisions of Complaint; client review of Complaint; Certificate of Interested Persons | $3,782.79 28.50% |
| 03-Answer_Disclosures_JPR | Review of Answer(s) filed; drafting, reviewing and finalizing Disclosures and Joint Preliminary Report | $3,166.99 23.86% |
| 06-DamageEst | Damage Estimate: Efforts reviewing time and pay records to prepare an estimate of Plaintiff's damages | $604.25 4.55% |
| 09-Protective-Order | Efforts re protective order motion and terms | $42.50 0.32% |
| 13-Motions | Drafting and Responding to Motions including motion to extend time to answer and motion to approve settlement. | $1,084.00 8.17% |
| 16-Settlement | Efforts to resolve matter including negotiation and attempts to resolve attorney fee issues | $1,437.25 10.83% |
| 26-Client Comm | General communication with client during scope of representation not otherwise categorized | $35.00 0.26% |
| 27-Legal Research Other | Conduct legal research not otherwise categorized | $131.75 0.99% |
| 29-Misc | Miscellaneous Duties Related to Case, review of incoming correspondence, incoming | $134.50 1.01% |

| | orders, extensions, staff assignments | |
|---|---|---|
| 30-Factual Development | Interviewing witnesses and reviewing facts not otherwise categorized | $1,568.24 11.82% |

18.  Based on my experience and training, I possess the requisite skills and knowledge to adequately represent my client and to offer my professional opinion concerning the reasonableness of the number of hours expended in this case and the reasonableness of the hourly rates sought to be recovered.

19.  In preparation for this Motion and in exercise of our "billing judgment", I reviewed the fees and costs. I marked a few entries as "no charge" because they had to do with a financial transaction only tangentially related to this matter. I also deleted a few entries entirely that I could not confirm were related to this matter.

20.  The expenses and the effort incurred were reasonable to prosecute this matter and to obtain an excellent result for the Plaintiff. Although several persons worked on this matter, as demonstrated in attachments to this declaration, none of the hours expended by counsel or staff has been "excessive," "redundant" or "unnecessary." To the contrary, at every opportunity, Plaintiff's attorneys attempted to economize and to minimize expenses. As the Court will note, our staff members bill at different rates depending on their experience level. We attempt to assign tasks to the appropriate person to reduce the overall bill.

21.     In light of the factors specified in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir 1974), the total fees and costs as set out above is eminently reasonable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of January 2021.


*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

# ATTACHMENT A

| 1/22/2021 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 12:52 PM | Slip Listing | Page | 1 |

---

Selection Criteria

---

| Clie.Selection | Include: Harris, Ardra |
|---|---|
| Slip.Transaction Type | Time |
| Slip.Classification | Open |

---

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 142769 4/24/2020 WIP Ardra Harris: Intake interview with client; discuss with Benjamin. | TIME | C.R. Bridgers Intake Harris, Ardra | 0.85 0.00 | 425.00 T@1 | 361.25 |
| 142814 4/24/2020 WIP Ardra Harris: Calls with potential client and discuss with Benjamin. | TIME | C.R. Bridgers Intake Harris, Ardra | 1.10 0.00 | 425.00 T@1 | 467.50 |
| 142878 4/24/2020 WIP Telephone conference with Ardra Harris for initial intake | TIME | M. Benjamin Intake Harris, Ardra | 0.67 0.00 | 425.00 T@1 | 283.33 |
| 142828 4/29/2020 WIP Edit retainer; send retainer, client info sheet, client intake sheet to client via DocuSign; email with MDB | TIME | S. Toenes Intake Harris, Ardra | 0.30 0.00 | 125.00 T@1 | 37.50 |
| 142877 5/4/2020 WIP Type up intake notes for Sorrenti to draft complaint. | TIME | M. Benjamin Compl_COIP_Ser Harris, Ardra | 0.25 0.00 | 425.00 T@1 | 106.25 |
| 142973 5/7/2020 WIP File review; emails to and from CRB/MDB; internet and legal research on Defendant; processing; began drafting Complaint; call to client-left message | TIME | J. Sorrenti Compl_COIP_Ser Harris, Ardra | 3.50 0.00 | 165.00 T@1 | 577.50 |

1/22/2021                          DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:52 PM                                              Slip Listing                                    Page        2

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---------|--|------------|-------|------|------------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 143030 | TIME | J. Sorrenti | 0.90 | 165.00 | 148.50 |
| 5/11/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Call to client and obtained additional info. for Complaint; began revising drafted Complaint; prepared memo re: additional info. from client; email to client; email to CRB/MDB | | | | | |
| 143040 | TIME | J. Sorrenti | 0.30 | 165.00 | 49.50 |
| 5/12/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Emails to and from client re: job descriptions; email to CRB/MDB; processing and review | | | | | |
| 143045 | TIME | M. Benjamin | 0.20 | 425.00 | 85.00 |
| 5/12/2020 | 12:02 PM | Factual Development | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review documents provided by client, including job descriptions for various positions. | | | | | |
| 143055 | TIME | J. Sorrenti | 1.50 | 165.00 | 247.50 |
| 5/12/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Call to client and concluded conversation re: additional info. needed for Complaint; finished preparing memo re: additional info. from client; discussion with CRB re: jurisdiction; email to CRB/MDB; began finalizing drafted Complaint to include additional info. obtained from client | | | | | |
| 143072 | TIME | C.R. Bridgers | 0.41 | 425.00 | 174.25 |
| 5/12/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review questions of venue with Sorrenti, Benjamin. | | | | | |
| 143056 | TIME | J. Sorrenti | 2.00 | 165.00 | 330.00 |
| 5/13/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| File review and review of client docs; finished finalizing draft of Complaint; emails to and from CRB/MDB; revised and finalized Complaint; email to client re: reviewing Complaint and docs needed | | | | | |
| 143061 | TIME | M. Benjamin | 1.50 | 425.00 | 637.50 |
| 5/13/2020 | 12:12 PM | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review and revise draft of complaint and accompanying documents. | | | | | |

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 143107 | TIME | J. Sorrenti | 0.50 | 165.00 | 82.50 |
| 5/15/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Call to client and discussed Complaint and documents needed; email to client; emails to and from MDB | | | | | |
| 143117 | TIME | M. Benjamin | 0.37 | 425.00 | 155.83 |
| 5/18/2020 | 12:10 PM | Factual Development | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review pay stubs, synopsis and work emails from client. | | | | | |
| 143130 | TIME | J. Sorrenti | 2.00 | 165.00 | 330.00 |
| 5/18/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Emails to and from client; processing and review of documents from client; emails to and from MDB; call to client and obtained additional information and clarification for drafted Complaint | | | | | |
| 143148 | TIME | M. Benjamin | 0.87 | 425.00 | 368.33 |
| 5/19/2020 | 1:51 PM | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review and revise draft of complaint. | | | | | |
| 143199 | TIME | J. Sorrenti | 1.90 | 165.00 | 313.50 |
| 5/19/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Discussion with MDB re: additional info. from client; edited and revised drafted Complaint to include additional info. from client; emails to and from MDB; email to client with revised final draft of Complaint; call to client | | | | | |
| 143181 | TIME | C.R. Bridgers | 0.31 | 425.00 | 131.75 |
| 5/20/2020 | | Research-Legal | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review venue isssues with Benjamin and Herrington. | | | | | |
| 143202 | TIME | J. Sorrenti | 0.60 | 165.00 | 99.00 |
| 5/20/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Emails to and from client; discussion with CRB re: additional research on jurisdiction; prepared Civil Cover Sheet and Summons | | | | | |

1/22/2021　　　　　　　　　　DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:52 PM　　　　　　　　　　　　　　　　Slip Listing　　　　　　　　　　　　　Page　　　4

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 143203 | TIME | J. Sorrenti | 0.60 | 165.00 | 99.00 |
| 5/21/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Filed Complaint, Civil Cover and Summons with Court; email to CRB/MDB/FH re: filing fee; email to CRB/MDB/MH/SMT re: service; emails to and from MDB/CRB re: court's changes in Division and Judges | | | | | |
| 143204 | TIME | C.R. Bridgers | 0.31 | 425.00 | 132.46 |
| 5/21/2020 | 11:28 AM | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review filng and responses of Court of errors and transfer to Albany District; Emails to Sorrenti and Benjamin re same. | | | | | |
| 143411 | TIME | C.R. Bridgers | 0.10 | 425.00 | 42.50 |
| 6/5/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review incormign representation letter, notes to file. | | | | | |
| 143514 | TIME | C.R. Bridgers | 0.32 | 425.00 | 136.00 |
| 6/14/2020 | | Intake | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| review status of critical date background. Notes to Toenes. | | | | | |
| 143521 | TIME | J. Sorrenti | 0.30 | 165.00 | 49.50 |
| 6/15/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Discussion with MH re: facts of case and call he received from opposing counsel re: demand; emails to and from MDB/MH/CRB | | | | | |
| 143522 | TIME | M. Benjamin | 0.10 | 425.00 | 42.50 |
| 6/15/2020 | | Settlement | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Telephone conference with Herrington re: damages and settlement. | | | | | |
| 143528 | TIME | M. Herrington | 0.30 | 350.00 | 105.00 |
| 6/15/2020 | | DamageEst | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| call and email with OC; discuss damages calculation issues with JLS and MDB; review stipulation to extend time to answer; review complaint | | | | | |

1/22/2021                     DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:52 PM                                          Slip Listing                                    Page        5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 143553<br>6/16/2020<br>WIP<br>Draft COIP; electronically file COIP | TIME | S. Toenes<br>Compl_COIP_Ser<br>Harris, Ardra | 0.30<br>0.00 | 125.00<br>T@1 | 37.50 |
| 143757<br>6/26/2020<br>WIP<br>Review Defendant's Answer. | TIME | M. Benjamin<br>Ans_Discl_JPS<br>Harris, Ardra | 0.20<br>0.00 | 425.00<br>T@1 | 85.00 |
| 143759<br>6/26/2020<br>WIP<br>Emails to and from MDB re: status and Answer;<br>review of Answer; email to client re: Answer and<br>witness info, needed | TIME | J. Sorrenti<br>Factual Development<br>Harris, Ardra | 0.60<br>0.00 | 165.00<br>T@1 | 99.00 |
| 143800<br>6/29/2020<br>WIP<br>Emails to and from client re: witnesses; email to<br>MH/MDB/CRB re: witness info. from client | TIME | J. Sorrenti<br>Factual Development<br>Harris, Ardra | 0.20<br>0.00 | 165.00<br>T@1 | 33.00 |
| 143849<br>7/1/2020<br>WIP<br>File review; drafted Proposed Scheduling Order;<br>emails to and from MDB | TIME | J. Sorrenti<br>Ans_Discl_JPS<br>Harris, Ardra | 1.30<br>0.00 | 165.00<br>T@1 | 214.50 |
| 144058<br>7/1/2020<br>WIP<br>Draft Interlineated Table of Complaint and Answer | TIME | S. Toenes<br>Ans_Discl_JPS<br>Harris, Ardra | 1.50<br>0.00 | 125.00<br>T@1 | 187.50 |
| 144061<br>7/15/2020<br>WIP<br>Review and revise draft of Rule 6/26 Scheduling<br>order; email to Sorrenti re: same. | TIME | M. Benjamin<br>Ans_Discl_JPS<br>Harris, Ardra | 0.25<br>0.00 | 425.00<br>T@1 | 106.25 |
| 144062<br>7/15/2020<br>WIP<br>File review; drafted scheduling Order; email to<br>MDB/CRB | TIME | J. Sorrenti<br>Ans_Discl_JPS<br>Harris, Ardra | 1.00<br>0.00 | 165.00<br>T@1 | 165.00 |

1/22/2021
12:52 PM

DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
Slip Listing

Page    6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 144098<br>7/16/2020<br>WIP<br>Emails to and from MDB ; email to SMT re;<br>calendaring | TIME | J. Sorrenti<br>Ans_Discl_JPS<br>Harris, Ardra | 0.20<br>0.00 | 165.00<br>T@1 | 33.00 |
| 144280<br>7/16/2020<br>WIP<br>Email opposing counsel to schedule 26F conference | TIME | S. Toenes<br>Ans_Discl_JPS<br>Harris, Ardra | 0.10<br>0.00 | 125.00<br>T@1 | 12.50 |
| 144245<br>7/21/2020<br>WIP<br>Discussion with MDB re: status; discussion with<br>MH re: witnesses; email to MH | TIME | J. Sorrenti<br>Factual Development<br>Harris, Ardra | 0.30<br>0.00 | 165.00<br>T@1 | 49.50 |
| 144185<br>7/23/2020<br>WIP<br>Prepare for Rule 26(f) conference by reviewing<br>pleadings, attorney notes and draft of planning<br>report; make rough calculation of damages. | TIME | M. Benjamin<br>Ans_Discl_JPS<br>Harris, Ardra | 1.00<br>0.00 | 425.00<br>T@1 | 425.00 |
| 144186<br>7/23/2020<br>WIP<br>Emails to and from MDB/MH re: case info./docs; file<br>review | TIME | J. Sorrenti<br>Ans_Discl_JPS<br>Harris, Ardra | 0.30<br>0.00 | 165.00<br>T@1 | 49.50 |
| 144190<br>7/23/2020<br>WIP<br>Telephone conference with opposing counsel for<br>Rule 26(f) conference. | TIME | M. Benjamin<br>Ans_Discl_JPS<br>Harris, Ardra | 0.37<br>0.00 | 425.00<br>T@1 | 155.83 |
| 144192<br>7/23/2020<br>WIP<br>Revise draft of Planning Report as per telephone<br>conference with opposing counsel for Rule 26(f)<br>conference; draft email to opposing counsel with<br>draft of scheduling order. | TIME<br>2:21 PM | M. Benjamin<br>Ans_Discl_JPS<br>Harris, Ardra | 0.52<br>0.00 | 425.00<br>T@1 | 219.58 |

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 144383 | TIME | J. Sorrenti | 0.30 | 165.00 | 49.50 |
| 8/5/2020 | | Misc | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| File review; email to MDB/CRB/MH re: status | | | | | |
| 144399 | TIME | M. Benjamin | 0.92 | 425.00 | 389.58 |
| 8/6/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review and revise Plaintiff's Initial Disclosures including damages calculation; draft email to Sorrenti and Herrington with assigned tasks. | | | | | |
| 144400 | TIME | J. Sorrenti | 2.40 | 165.00 | 396.00 |
| 8/6/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| File review; drafted Initial Disclosures; call to client and obtained additional info. to complete drafted Disclosures; revised Disclosures to include additional info. from client; emails to and from MDB | | | | | |
| 144585 | TIME | M. Benjamin | 0.20 | 425.00 | 85.00 |
| 8/7/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review proposed changes to the draft of the Planning Report from opposing counsel. | | | | | |
| 144426 | TIME | J. Sorrenti | 0.70 | 165.00 | 115.50 |
| 8/10/2020 | | Factual Development | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Emails to and from MDB/CRB/MH; review of time and pay records from Defendants; | | | | | |
| 144582 | TIME | J. Sorrenti | 0.08 | 165.00 | 13.75 |
| 8/19/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Emails to and from opposing counsel re: status and filing JPR | | | | | |
| 144590 | TIME | C.R. Bridgers | 0.10 | 425.00 | 42.50 |
| 8/19/2020 | | Misc | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Discuss status of discovery deadline with Herrington. | | | | | |
| 144612 | TIME | M. Benjamin | 0.42 | 425.00 | 177.08 |
| 8/20/2020 | | Factual Development | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review documents produced by Defendant. | | | | | |

1/22/2021                    DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:52 PM                                    Slip Listing                                    Page        8

| Slip ID<br>Dates and Time<br>Posting  Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill  Status | Slip Value |
|---|---|---|---|---|---|
| 144613<br>8/20/2020<br>WIP<br>Review documents produced by Plaintiff. | TIME | M. Benjamin<br>Factual Development<br>Harris, Ardra | 0.17<br>0.00 | 425.00<br>T@1 | 70.83 |
| 144614<br>8/20/2020<br>WIP<br>Review draft of Initial Disclosures | TIME | M. Benjamin<br>Factual Development<br>Harris, Ardra | 0.20<br>0.00 | 425.00<br>T@1 | 85.00 |
| 144615<br>8/20/2020<br>WIP<br>Telephone conference with Sorrenti re: damage calculations and witness statements and records to be obtained. | TIME | M. Benjamin<br>Factual Development<br>Harris, Ardra | 0.50<br>0.00 | 425.00<br>T@1 | 212.50 |
| 144617<br>8/20/2020<br>WIP<br>Email to MDB/CRB/MH re: additional docs needed from Defendants; Discussion with MDB; file review; call to client; email to client; | TIME | J. Sorrenti<br>DamageEst<br>Harris, Ardra | 0.80<br>0.00 | 165.00<br>T@1 | 132.00 |
| 144633<br>8/21/2020<br>WIP<br>Review email from client re incident reports and tracking time, respond to client with request for additional information. | TIME | C.R. Bridgers<br>Factual Development<br>Harris, Ardra | 0.26<br>0.00 | 425.00<br>T@1 | 110.50 |
| 144651<br>8/21/2020<br>WIP<br>Emails to and from client re: documents to be requested | TIME | J. Sorrenti<br>Factual Development<br>Harris, Ardra | 0.30<br>0.00 | 165.00<br>T@1 | 49.50 |
| 144725<br>8/25/2020<br>WIP<br>Send email re JPR/ Discuss with Sorrenti. | TIME | C.R. Bridgers<br>Ans_Discl_JPS<br>Harris, Ardra | 0.10<br>0.00 | 425.00<br>T@1 | 42.50 |
| 144727<br>8/25/2020<br>WIP<br>Follow up with Sorrenti and Herrington re witness calls; notes to file for follow up. | TIME | C.R. Bridgers<br>Factual Development<br>Harris, Ardra | 0.16<br>0.00 | 425.00<br>T@1 | 68.00 |

1/22/2021                                    DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:52 PM                                                         Slip Listing                                    Page        9

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 144738 | TIME | J. Sorrenti | 0.50 | 165.00 | 82.50 |
| 8/25/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Emails to and from CRB re: JPR;  file review and review of emails from client re: relevant docs; emails to and from CRB/MDB/MH re: Disclosures and list of documents to be requested informally; discussion with CRB | | | | | |
| 144763 | TIME | J. Sorrenti | 0.30 | 165.00 | 49.50 |
| 8/26/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Revised and finalized Joint Proposed Scheduling and Discovery Order and emailed to court and all parties | | | | | |
| 144783 | TIME | C.R. Bridgers | 0.10 | 425.00 | 42.50 |
| 8/27/2020 | | Misc | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review email from court re necessity of scheduling conference, review defendants response, and forward to Benjamin with request to respond. | | | | | |
| 145169 | TIME | C.R. Bridgers | 0.10 | 425.00 | 42.50 |
| 9/15/2020 | | Protect_Order | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review incoming protective order executed by Court; notes to file. | | | | | |
| 145215 | TIME | M. Herrington | 0.10 | 350.00 | 35.00 |
| 9/16/2020 | | ClientComm | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review JLS correspondence with client; discuss evidence issues with JLS | | | | | |
| 145224 | TIME | C.R. Bridgers | 0.10 | 425.00 | 42.50 |
| 9/16/2020 | | Factual Development | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review emails to client re log book. Email to Benjamin re future assignments. | | | | | |
| 145235 | TIME | J. Sorrenti | 0.80 | 165.00 | 132.00 |
| 9/16/2020 | | Factual Development | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Discussion with MH re: docs received from defense counsel; emails to and from MDB and MH; review of log books received; email to client re: additional info. needed | | | | | |

1/22/2021                              DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:52 PM                                              Slip Listing                                                  Page      10

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 145327 | TIME | J. Sorrenti | 0.10 | 165.00 | 16.50 |
| 9/18/2020 | | Factual Development | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Call to client-left message ; email to client | | | | | |
| 145353 | TIME | J. Sorrenti | 0.50 | 165.00 | 82.50 |
| 9/21/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| File review; review drafted Disclosures and damages; emails to MDB/CRB/MH re: status and Disclosures; call to client - left message | | | | | |
| 145474 | TIME | C.R. Bridgers | 0.10 | 425.00 | 42.50 |
| 9/23/2020 | | Settlement | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Review incoming email from opp counsel re settlement offer; follow up with Benjamin and ntoes to file. | | | | | |
| 145483 | TIME | C.R. Bridgers | 0.23 | 425.00 | 97.75 |
| 9/23/2020 | | Settlement | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Respond as to settlement possiblity and damage calculation. | | | | | |
| 145523 | TIME | J. Sorrenti | 0.40 | 165.00 | 66.00 |
| 9/23/2020 | | Factual Development | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Emails to and from client; file review; ;emails to and from MDB/MH/CRB | | | | | |
| 145509 | TIME | M. Herrington | 0.10 | 350.00 | 35.00 |
| 9/24/2020 | | DamageEst | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Discuss damages estimate issues with JLS | | | | | |
| 145514 | TIME | J. Sorrenti | 0.50 | 165.00 | 82.50 |
| 9/24/2020 | | DamageEst | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| Discussion with MH; discussion with CRB re: range of damages; emails to and from MDB/MH/CRB; call to client-left message | | | | | |
| 145531 | TIME | C.R. Bridgers | 0.29 | 425.00 | 123.25 |
| 9/24/2020 | | DamageEst | 0.00 | T@1 | |
| WIP | | Harris, Ardra | | | |
| MEeting with Herrington and Sorrenti re offer and need for more records. | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 145565<br>9/25/2020<br>WIP<br>Revising initial disclosures; reviewing Def initial<br>disclosures | TIME | M. Herrington<br>Ans_Discl_JPS<br>Harris, Ardra | 0.80<br>0.00 | 350.00<br>T@1 | 280.00 |
| 145604<br>9/25/2020<br>WIP<br>Emails to and from MDB/CRB/MH re: Disclosures;<br>discussed info. contained in Disclosures with MH | TIME | J. Sorrenti<br>Ans_Discl_JPS<br>Harris, Ardra | 0.30<br>0.00 | 165.00<br>T@1 | 49.50 |
| 145592<br>9/29/2020<br>WIP<br>Review of info. from client; email to CRB/MDB/MH;<br>emails to and from client | TIME | J. Sorrenti<br>DamageEst<br>Harris, Ardra | 0.20<br>0.00 | 165.00<br>T@1 | 33.00 |
| 145625<br>9/30/2020<br>WIP<br>Call with OC; discuss counteroffer with CRB; call<br>MDB re: same; call client re: same; draft<br>counteroffer to OC | TIME | M. Herrington<br>Settlement<br>Harris, Ardra | 0.70<br>0.00 | 350.00<br>T@1 | 245.00 |
| 145639<br>9/30/2020<br>WIP<br>Work with Herrington on offer / counter offer / and<br>second round. | TIME | C.R. Bridgers<br>Settlement<br>Harris, Ardra | 0.34<br>0.00 | 425.00<br>T@1 | 144.50 |
| 145763<br>10/5/2020<br>WIP<br>Review Herrington email re settlement<br>counterproposal. Email to Ardra Harris re same and<br>her quetions. | TIME | C.R. Bridgers<br>Settlement<br>Harris, Ardra | 0.23<br>0.00 | 425.00<br>T@1 | 97.75 |
| 145817<br>10/8/2020<br>WIP<br>Respond to Herrington/Benjamin on last offer. | TIME | C.R. Bridgers<br>DamageEst<br>Harris, Ardra | 0.22<br>0.00 | 425.00<br>T@1 | 93.50 |
| 145829<br>10/8/2020<br>WIP<br>Review correspondence from OC; arrange tax form<br>production with CRB and client; send allocation to | TIME | M. Herrington<br>Settlement<br>Harris, Ardra | 0.10<br>0.00 | 350.00<br>T@1 | 35.00 |

DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| OC | | | | |
| 145846        TIME 10/8/2020 WIP Discuss final settlemetn with Herrington. | C.R. Bridgers Settlement Harris, Ardra | 0.34 0.00 | 425.00 T@1 | 144.50 |
| 145853        TIME 10/9/2020 WIP Review settlement documents; call with client; correspondence with OC | M. Herrington Settlement Harris, Ardra | 0.60 0.00 | 350.00 T@1 | 210.00 |
| 146167        TIME 10/30/2020 WIP review motion for settlemetn and notes to file. | C.R. Bridgers Settlement Harris, Ardra | 0.10 0.00 | 425.00 T@1 | 42.50 |
| 147081        TIME 12/17/2020        11:15 AM WIP Review settlement agreement to assist in determination of proceeds loan; Communicate with Herrington re same. | C.R. Bridgers Misc Harris, Ardra | 0.25 0.25 | 425.00 T@1 No Charge | 105.42 |
| 147101        TIME 12/17/2020 WIP Emails to and from MH | J. Sorrenti Settlement Harris, Ardra | 0.10 0.00 | 165.00 T@1 | 16.50 |
| 147120        TIME 12/18/2020 WIP Review communication from lender; discuss firm policies with client; discuss lending issue with CRB; review settlement motion and settlement terms; send settlement to lender;  advise client on firm position on lending | M. Herrington Settlement Harris, Ardra | 0.50 0.50 | 350.00 T@1 No Charge | 175.00 |
| 147123        TIME 12/21/2020 WIP Prepare Disbursement and Distribution. | C.R. Bridgers Settlement Harris, Ardra | 0.75 0.00 | 425.00 T@1 | 318.75 |

1/22/2021            DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:52 PM                    Slip Listing                       Page    13

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 147425<br>1/19/2021<br>WIP<br>Drafting supplemental brief for fees motion | TIME | M. Herrington<br>Motions<br>Harris, Ardra | 0.70<br>0.00 | 350.00<br>T@1 | 245.00 |
| 147426<br>1/19/2021<br>WIP<br>Begin drafting declaration for supplemental brief for fees motion; discuss with CRB need for him to complete declaration rather than me | TIME | M. Herrington<br>Motions<br>Harris, Ardra | 0.40<br>0.00 | 350.00<br>T@1 | 140.00 |
| 147446<br>1/19/2021<br>WIP<br>Review issues on Bridgers declaration and strategy on filng same. | TIME | C.R. Bridgers<br>Motions<br>Harris, Ardra | 0.23<br>0.00 | 425.00<br>T@1 | 97.75 |
| 147444<br>1/20/2021<br>WIP<br>Finalize revisions to supplemental brief; forward to CRB for review | TIME | M. Herrington<br>Motions<br>Harris, Ardra | 0.20<br>0.00 | 350.00<br>T@1 | 70.00 |
| 147497<br>1/22/2021<br>WIP<br>Draft and edit Bridgers Declaration on Fees. | TIME | C.R. Bridgers<br>Motions<br>Harris, Ardra | 1.25<br>0.00 | 425.00<br>T@1 | 531.25 |

| | | | | | |
|---|---|---|---|---|---|
| Grand Total | | Billable | 49.59 | | 13272.85 |
| | | Unbillable | 0.75 | | 280.42 |
| | | Total | 50.34 | | 13553.27 |

# ATTACHMENT B

1/22/2021                        DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:54 PM                                              Slip Listing                                            Page        1

---

Selection Criteria

---

Clie.Selection              Include: Harris, Ardra
Slip.Transaction Type       Expense
Slip.Classification         Open

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting  Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill  Status | Slip Value |
|---|---|---|---|---|---|
| 143224<br>5/21/2020<br>WIP<br>Filing Fee | EXP | W & H Project<br>$Filing Fee<br>Harris, Ardra | 1 | 400.00 | 400.00 |
| 144680<br>8/24/2020<br>WIP<br>Service Fee for Process | EXP | W & H Project<br>$Service Fee<br>Harris, Ardra | 1 | 85.00 | 85.00 |
| Grand Total | | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 485.00<br>0.00<br>485.00 |

# ATTACHMENT C

---

| Selection Criteria |
|---|

| Slip.Slip Type | Time |
|---|---|
| Clie.Selection | Include: Harris, Ardra |

Rate Info - identifies rate source and level

| Slip ID | Timekeeper | Units | Rate | Slip Value | Billed SV |
|---|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | | Adjustment |
| Posting Status | Client | | Bill Status | | Markup |
| Description | Reference | | | | |

**C.R. Bridgers**

| | Billable | 8.40 | | 3570.71 | 3570.71 |
|---|---|---|---|---|---|
| | Unbillable | 0.25 | | 105.42 | |
| | Total | 8.65 | | 3676.13 | |

**J. Sorrenti**

| | Billable | 26.28 | | 4336.75 | 4336.75 |
|---|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 | |
| | Total | 26.28 | | 4336.75 | |

**M. Benjamin**

| | Billable | 8.71 | | 3690.39 | 3690.39 |
|---|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 | |
| | Total | 8.71 | | 3690.39 | |

**M. Herrington**

| | Billable | 4.00 | | 1400.00 | 1400.00 |
|---|---|---|---|---|---|
| | Unbillable | 0.50 | | 175.00 | |
| | Total | 4.50 | | 1575.00 | |

**S. Toenes**

| | Billable | 2.20 | | 275.00 | 275.00 |
|---|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 | |
| | Total | 2.20 | | 275.00 | |

**Grand Total**

| | Billable | 49.59 | | 13272.85 | 13272.85 |
|---|---|---|---|---|---|
| | Unbillable | 0.75 | | 280.42 | |
| | Total | 50.34 | | 13553.27 | |

# ATTACHMENT D

DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
--DCBFB Slip Summary by Activity-Summary Only-No Detail

---

## Selection Criteria

| | |
|---|---|
| Slip.Billing Status | Billable |
| Slip.Slip Type | Time |
| Clie.Selection | Include: Harris, Ardra |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| **01-Intake** | | | | |
| Fees: Slip Value | 1285.58 | 9.69% | 3.24 | 6.53% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 1285.58 | 9.69% | 3.24 | 6.53% |
| **02-Complaint_COIP_Service** | | | | |
| Fees: Slip Value | 3782.79 | 28.50% | 17.74 | 35.77% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 3782.79 | 28.50% | 17.74 | 35.77% |
| **03-Answer_Disclosures_JPR** | | | | |
| Fees: Slip Value | 3166.99 | 23.86% | 12.94 | 26.09% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 3166.99 | 23.86% | 12.94 | 26.09% |
| **06-Damage Estimate** | | | | |
| Fees: Slip Value | 604.25 | 4.55% | 2.41 | 4.86% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 604.25 | 4.55% | 2.41 | 4.86% |
| **09-Protect_Order** | | | | |
| Fees: Slip Value | 42.50 | 0.32% | 0.10 | 0.20% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 42.50 | 0.32% | 0.10 | 0.20% |
| **13-Motions** | | | | |
| Fees: Slip Value | 1084.00 | 8.17% | 2.78 | 5.61% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 1084.00 | 8.17% | 2.78 | 5.61% |
| **16-Settlement** | | | | |
| Fees: Slip Value | 1437.25 | 10.83% | 3.69 | 7.44% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 1437.25 | 10.83% | 3.69 | 7.44% |
| **26-Client Communication** | | | | |
| Fees: Slip Value | 35.00 | 0.26% | 0.10 | 0.20% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 35.00 | 0.26% | 0.10 | 0.20% |
| **27-Legal Research Other** | | | | |
| Fees: Slip Value | 131.75 | 0.99% | 0.31 | 0.63% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 131.75 | 0.99% | 0.31 | 0.63% |
| **29-Misc. Case Efforts** | | | | |
| Fees: Slip Value | 134.50 | 1.01% | 0.50 | 1.01% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 134.50 | 1.01% | 0.50 | 1.01% |
| **30-Fact Develop (not otherwise** | | | | |
| Fees: Slip Value | 1568.24 | 11.82% | 5.78 | 11.66% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 1568.24 | 11.82% | 5.78 | 11.66% |
| **Grand Total** | | | | |
| Fees: Slip Value | 13272.85 | 100.00% | 49.59 | 100.00% |

1/22/2021        DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
12:57 PM        --DCBFB Slip Summary by Activity-Summary Only-No Detail        Page     2

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 13272.85 | 100.00% | 49.59 | 100.00% |